IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-733-D

| | | |
|---|---|---|
| RENEE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LEWIS & McCARTHY, LLC, | ) | |
| and RYAN J. WALSH, | ) | |
| | ) | |
| Defendants. | ) | |

On December 5, 2012, each defendant filed a motion to dismiss for failure to state a claim upon which relief can be granted [D.E. 30, 31]. On December 28, 2012, plaintiff responded in opposition [D.E. 33].

The court has considered each motion to dismiss under the governing legal standard. The motions to dismiss [D.E. 30, 31] are DENIED.

SO ORDERED. This _8_ day of February 2013.

                                                    JAMES C. DEVER III
                                                    Chief United States District Judge