UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-cv-00733-D

| | |
|---|---|
| RENEE JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LEWIS & MCCARTHY, LLC; and )<br>RYAN J. WALSH, )<br>)<br>Defendants. )<br>_____ ) | **ORDER GRANTING<br>PLAINTIFF'S MOTION TO<br>ENFORCE SETTLEMENT AND<br>FOR AN AWARD OF<br>ATTORNEYS' FEES** |

This Court, having considered Plaintiff's Motion to Enforce Settlement and for an Award of Attorneys' Fees, finding that a settlement agreement was reached, determining that Plaintiff is the successful party for the purposes of section 3.10 of the settlement agreement, and finding the amount of attorney's fees to be reasonable, hereby GRANTS Plaintiff's motion.

The Clerk shall enter judgment in favor of Plaintiff in the amount of $6,500, plus $682.50 in attorneys' fees.

IT IS SO ORDERED this  1  day of  March , 2014.

JAMES C. DEVER III
Chief United States District Judge