UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RENEE JOHNSON,                        )
                    Plaintiff,        )
                                      )
v.                                    )        **JUDGMENT**
                                      )        No. 5:11-CV-733-D
                                      )
LEWIS & MCCARTHY, LLC and             )
RYAN J. WALSH,                        )
                    Defendant.        )

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the court hereby GRANTS the Plaintiff's Motion to Enforce Settlement and enters judgment in favor of Plaintiff in the amount of $6,500.00 plus $682.50 in attorneys' fees.

**This Judgment Filed and Entered on March 3, 2014, and Copies To:**

Holly Elizabeth Dowd (via CM/ECF Electronic Notification)
Lewis & McCarthy LLC (4927 Southwestern Blvd, Hamburg, NY 14075)
Ryan Walsh (4927 Southwestern Blvd, Hamburg, NY 14075)

DATE                              JULIE A. RICHARDS, CLERK
March 3, 2014                     /s/ Susan K. Edwards
                                  (By) Susan K. Edwards, Deputy Clerk